| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973) |
|   | Chief, Criminal Division |
| 4 | NATALIE K. WIGHT (ORSBN 35576) |
| 5 | Special Assistant United States Attorney |

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.6937
Facsimile: 415.436.7234
Email: natalie.wight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. **09-CV-0556-SI** |
| Plaintiff, ) | |
| ) | |
| v. ) | **[PROPOSED] ORDER** |
| ) | **STAYING PROCEEDING PURSUANT** |
| ONE 2003 DODGE RAM 1500 PICKUP ) | **TO 18 U.S.C. § 981(g)** |
| TRUCK, VIN 1D7HA18D63S297917, AND ) | |
| ONE SMITH & WESSON MODEL 5904 ) | |
| 9MM SEMI-AUTOMATIC PISTOL AND ) | |
| AMMUNITION MAGAZINE, SERIAL ) | |
| NO. TES1356, ) | |
| ) | |
| Defendants, ) | |

UPON CONSIDERATION of the Stipulation to Stay Proceeding, the entire record, and for good cause shown, it is by the Court on this 27th day of July, 2009 ORDERED that the instant case be, and hereby is, STAYED, until _____ pursuant to 18 U.S.C. § 981(g).

_____
HONORABLE SUSAN ILLSTON
United States District Judge