**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>ONE 2003 DODGE RAM 1500 PICKUP TRUCK, VIN 1D7HA18D632S297917, et. al.<br><br>Defendant(s). | CASE NO. 5:09-cv-00556 JW<br><br>**ORDER DIRECTING CLERK TO REOPEN AND REASSIGN CASE** |

On March 18, 2010, Judge James Ware ordered the clerk to administratively close this civil action during the pendency of a related criminal action, United States v. Lindbergh Carlos Arceo, 5:09-cr-00616 EJD. See Docket Item No. 31. Judge Ware further ordered that this action could be reopened upon conclusion of the criminal proceedings. Id.

On June 18, 2013, Claimant Veronica Arceo ("Claimant") filed a document entitled "Motion to Amend Settlement and Proposed Judgment of Forfeiture," which seemingly objects to the terms of a settlement agreement that has never been formalized. See Docket Item No. 32. The Government filed an opposition to Claimant's motion and requests that the action be referred to a settlement conference with a magistrate judge. See Docket Item No. 33. These matters were then directed to the undersigned for general duty review.

In light of the most recent filings as well as the fact that the criminal proceedings have long-since concluded, the court has determined that this closed action should be reopened in order to

finally resolve the issues raised herein. Accordingly, the clerk shall administratively reopen this case and reassign it to the undersigned.

**IT IS SO ORDERED.**

Dated: July 17, 2013



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:09-cv-00556 JW
ORDER DIRECTING CLERK TO REOPEN AND REASSIGN CASE